**TEXAS EMPLOYERS' INSURANCE ASSOCIATION, Plaintiff in Error, v. Guy E. PRICE, Defendant in Error. (No. 15616.)**

Supreme Court of Texas.   Nov. 16, 1927.

Application for writ of error to review 300 S. W. 667, dismissed.

See, also, 291 S. W. 287; 296 S. W. 284.

Lea, McGrady, Thomason & Edwards, of El Paso, for applicant.

PER CURIAM. The application for writ of error contains no assignment urging that the claimant should not be allowed compensation under the laws of Texas by reason of having elected to receive, and by reason of having collected, full compensation under the Employers' Liability Act of the state of New Mexico (Laws 1917, c. 83, as amended), in which state he was injured. We are not expressing any opinion upon this question in dismissing the application for writ of error for want of jurisdiction.